UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JERMAINE HARRIS,<br><br>        Defendant. | Case No. 2:16-cr-00170-RFB<br><br><br><br><br><br>**ORDER** |

On July 22, 2016, the Court ORDERED that the CJA administrator shall designate new counsel for JERMAINE HARRIS.

Accordingly, IT IS HEREBY ORDERED that TELIA U. WILLIAMS, Esq. is APPOINTED as counsel for JERMAINE HARRIS for all future proceedings.

The Federal Public Defender's Office shall forward the file to Ms. Williams forthwith.

DATED this 22 day of July, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE