DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6503
Fax: (702) 388-6418
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE HARRIS.<br><br>Defendant. | Case No.  2:16-CR-00170-RFB<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**<br><br>(FIRST REQUEST) |

United States of America ("Plaintiff") and Jermaine Harris ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that, in order to permit the Plaintiff and Defendant sufficient time to possibly negotiate this case, shall extend the time to file pre-trial motions from August 8, 2016, and instead have until August 16, 2016 to file pre-trial motions in

this case.

DATED this 8th day of August, 2016.

| LAW OFFICE OF TELIA U. WILLIAMS | UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Phillip N. Smith, Jr.* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Daniel G. Bogden, Esq.<br>Phillip N. Smith, Jr.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525<br>Fax: (713) 890-5001 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated: 8/10/2016.

Honorable Richard F. Boulware, II
United States District Judge

2